## SAFFORD, Supt. of Ins. v
## CLEVELAND ACCIDENT INS CO, et

Ohio Appeals, 2nd Dist, Franklin Co
Decided June 18, 1930

For full opinion see 174 NE 157; 37 Oh
Ap 84 (Oh Bar 1-27-31).

## INTERSTATE MOTOR FREIGHT CORP v
## BEECHER

Ohio Appeals, 6th Dist, Erie Co
Decided Oct 21, 1929

For full opinion see 174 NE 27; 37 Oh Ap
23 (Oh Bar 1-20-31).

## PARSCH LUMBER CO v McGRATH

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 15, 1930

For full opinion see 33 O L R 83; 173 NE
629; 37 Oh Ap 37 (Oh Bar 1-20-31).